AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Oct 04, 2024**

SEAN F. McAVOY, CLERK

HOBAN & ASSOCIATES, LLC a Washington Limited Liability Company d/b/a COAST PROPERTY MANAGEMENT, COAST SCREENING SERVICES, COAST COLLECTION SERVICES, COAST MANAGEMENT COMPANY, INC. (CMC); and CANYON BLUFFS INVESTORS VII-1, LLC, a Washington limited liability company,
*Plaintiff*
v.
REALPAGE, INC., a foreign corporation; and RP ON-SITE LLC, a foreign corporation,
*Defendant*

Civil Action No. 2:24-CV-0155-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Real Page, Inc. and RP On-Site LLC Motion for Judgment on the Pleadings (ECF No. 12) is GRANTED. Plaintiffs' claims are DISMISSED with prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on a motion for Judgment on the Pleadings.

Date: 10/4/2024

*CLERK OF COURT*

SEAN F. McAVOY

s/ Wendy Kirkham
*(By) Deputy Clerk*

Wendy Kirkham